IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00546 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **HELEN HILL** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, et. al.** | : | DEFENDANTS |

## ORDER

Defendants' Motion *in Limine* to Exclude Improper Tactics Used in Nevada Trial (Doc. No. 311) is GRANTED in PART and DENIED in PART.

**1. Leading Questions** -- I believe my letter of November 16, 2007 (Doc. No. 317) adequately addressed this issue.

**2. Christina Clarke** -- It appears to me that the article written by Dr. Chrstina Clarke is not the typical "learned treatise" contemplated by FED. R. EVID. 803(18); therefore, reference to it is precluded under this rule.

**3. Demonstrative Slides** -- I'm highly dubious about the admissibility of Plaintiff's demonstrative slides, such as those that were introduced through the testimony of Dr. Blume in the Nevada trial; but I don't feel fully enough advised in the premises to make a definitive ruling at this time. It is likely that I will preclude these, but, again, I want to know more before I make a final decision.

**4. Cynthia Pearson** -- The online statements by Cynthia Pearson are excluded.

IT IS SO ORDERED this 14th day of December, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE