**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 4, 2010**

Ms. Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP - Little Rock
Regions Center
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522

Mr. Steven Glickstein
Mr. Alan E. Rothman
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Mr. John W. Vardaman, Jr.
Mr. Stephen L. Urbanczyk
Mr. F. Lane Heard III
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005-5901

Ms. Lyn P. Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525

      Re:    *Hill v. Wyeth*, 4:05-CV-00546-WRW, Doc. No. 394

Dear Counsel:

I am in receipt of your March 4, 2010 response[1] to my scheduling order.

You mention that "one or more new experts" may be needed to replace those "who are no longer available."

By 5 p.m., Thursday, March 11, 2010, I would like to know, in plenary and specific detail, which experts are not available and why.

                                                       Cordially,

                                                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record.

---

    [1] Doc. No. 394.