**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HELEN HILL**                                                                                      **PLAINTIFF**

v.                                             **4:05-CV-00546-WRW**

**WYETH, et al.**                                                                    **DEFENDANTS**

**ORDER**

With respect to the parties' submissions[1] regarding additional motions:

Defendants may file the motion to strike punitive damages claim against Pfizer, and Plaintiff can file the motion for partial summary judgment on negligent failure to warn and general causation.

As for Plaintiff's request to clarify her position regarding "What a 'Reasonable' or 'Ethical' Pharmaceutical Company would do," she may file a motion. But, as I recall, I think this issue was resolved in subsequent filings in the *Scroggin* case.

Defendants may file their motions regarding Dr. Parisian and Dr. Blume, as well as the motion in limine mentioned in their submission.

**All motions must be filed by 5 p.m., Monday, March 29, 2010. Responses must be filed by, 5 p.m., Wednesday, April 14, 2010. Replies, of no more than five pages each, may be filed by 5 p.m. Monday, April 19, 2010**

IT IS SO ORDERED this 5th day of March, 2010.

                                                                       /s/ Wm. R. Wilson, Jr._____
                                                                       UNITED STATES DISTRICT JUDGE

---

[1]Doc. Nos. 394, 395, 397, 398.