# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HELEN HILL   PLAINTIFF

v.   4:05-CV-00546-WRW

WYETH, et al.   DEFENDANTS

## ORDER

In response to my March 4, 2010, letter, Defendants have indicated that their retained expert in this case, Dr. Michael Edwards is not available for trial because he no longer works at UAMS and "the demands of his new position make it impractical for him to remain involved in this case."[1]

Defendants assertion that they may need a new expert to replace Dr. Edwards seems reasonable. Accordingly, Defendants must designate their new expert, if they choose to retain one, by 5 p.m., Thursday, April 8, 2010. *Daubert* motions, if any there be, regarding the new expert must be filed by 5 p.m., Thursday, May 13, 2010.

IT IS SO ORDERED this 12th day of March, 2010.

    /s/ Wm. R. Wilson, Jr.
    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 400.