# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | :   MDL Docket No. 4:03CV1507-WRW | |
| | :                    4:05CV00546 | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **HELEN HILL** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et. al.** | : | **DEFENDANTS** |

## ORDER

Plaintiff's Motion to Strike Unauthorized Expert Designation (Doc. No. 423) is DENIED.  I intended to permit Wyeth's request regarding Dr. Chodosh, but I did not mention him in the March 12, 2010, Order because I did not think there needed to be additional deadlines regarding Wyeth's desire to convert him from an expert on general causation to one on general and specific causation.

IT IS SO ORDERED this 21st day of April, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE