IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HELEN HILL                                                                                        PLAINTIFF

v.                                         4:05-CV-00546-WRW

WYETH, et al.                                                                                    DEFENDANTS

ORDER

Based on the findings of fact and conclusions of law made in today's Status Conference:

**Defendants' Motion to Quash Trial Subpoenas of Former Wyeth Employees Dr. Ginger Constantine, Joseph Mahady, and Diane Mitrione (Doc. No. 432)** is HELD in ABEYANCE to see if Defendants' affidavits from these persons are sufficient. Defendants are to provide Plaintiff with affidavits, along with other relevant documents, regarding the relationship between Wyeth and the three former employees.[1]

**Defendants' Motion to Quash Trial Subpoenas and Motion in Limine To Bar Presentation of Testimony of Wyeth Sales Representatives (Doc. No. 434)** is DENIED without prejudice.

**Plaintiff's Motion to Strike Unauthorized Expert Designation of Dr. Pharoah and Dr. Townsend (Doc. No. 436)** is GRANTED in PART. Dr. Townsend will be permitted to testify as Defendants' expert witness at trial; Dr. Pharoah will not be permitted to testify.

IT IS SO ORDERED this 14th day of May, 2010.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Mitrione will be a former employee as of July 1, 2010.